FILED

2007 Sep-05  AM 08:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| JOY A. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:07-cv-00606-JEO |
| | ) | |
| SANOFI-AVENTIS U.S. LLC; | ) | |
| PHARMACEUTICAL PRODUCT | ) | |
| DEVELOPMENT, INC; and MARIA | ) | |
| ANNE KIRKMAN CAMPBELL, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM OPINION</u>

Before the court is the motion of defendant Maria Anne Kirkman Campbell, M.D.

(hereinafter "defendant Campbell"), to dismiss this action against her.  (Doc. 25).  Upon

consideration, the court finds that the motion is due to be granted.

The relevant factual and procedural history of this action is set forth in the court's

Memorandum Opinion denying the plaintiff's motion to remand.  (Doc. 32).  As noted therein,

the plaintiff advances the following claims against defendants Sanofi-Aventis U.S. LLC

(hereinafter "Sanofi"), Pharmaceutical Product Development, Inc. (hereinafter "PPD"), and

Campbell for creating, testing, marketing, and selling Ketek®: (1) Alabama Extended

Manufacturer's Liability Doctrine (hereinafter "AEMLD"); (2) strict product liability (failure to

warn); (3) negligence; (4) breach of implied warranty of merchantability; (5) fraud and

misrepresentation; and (6) wantonness.  (Doc. 1, Ex. 1).

On July 27, 2007, after closely examining each of the plaintiff's claims against defendant

Campbell, the court determined that "there [was] no possibility that the plaintiff [could] establish

a cause of action against defendant Campbell." (Doc. 32 at p. 20).  Presently before the court is

defendant Campbell's motion to dismiss the claims against her.

Premised on the determinations of the court on the motion to remand as to defendant

Campbell, the court finds that the motion to dismiss (doc. 25) is due to be granted.[1]  An

appropriate order will be entered.

**DONE**, this 4th day of September, 2007.

_John E. Ott_
**JOHN E. OTT**
United States Magistrate Judge

---

[1]In so finding, the court is in no way questioning the validity of defendant Campbell's criminal conviction and sentence concerning her conduct in conducting the relevant study.  To the contrary, the court noted in the previous opinion that it was "greatly troubled by Campbell's conduct, [but] it was addressed by the criminal prosecution that resulted in her incarceration." (Doc. 32 at p. 15).